■ RAFAEL PAGAN et al., Respondents, v PENTHOUSE MANUFACTURING CO., INC., et al., Defendants, and RUDOLPH JOSEPH, Appellant.—In an action to recover damages for personal injuries, etc., the defendant Rudolph Joseph appeals from an order of the Supreme Court, Nassau County (Molloy, J.), dated October 3, 1984, which, *inter alia,* (1) granted the plaintiffs' motion to compel him to appear for an examination before trial, and (2) denied his cross motion, *inter alia,* to strike the complaint based on a willful failure to comply with a Part 8-A precalendar conference order.

Order affirmed, without costs or disbursements.

Contrary to the appellant's argument, the plaintiffs' motion which was, in effect, a motion to " 'vacate or modify [a] precalendar conference order' ", was procedurally proper *(see, Cohalan v Johnson Elec. Constr. Corp.,* 105 AD2d 770). Moreover, the resulting order of Special Term did not constitute an abuse of discretion *(see, Everitt v Health Maintenance Center,* 86 AD2d 224, 227). Mangano, J. P., Gibbons, Niehoff and Spatt, JJ., concur.

■ AMY PERLMUTTER, Appellant, v DIANE A. ZARET et al., Respondents.—In an action to recover damages for personal injuries resulting from an automobile collision, the plaintiff appeals from an order of the Supreme Court, Westchester County (Cerrato, J.), dated March 18, 1985, which denied her motion pursuant to CPLR 3212 for partial summary judgment in her favor on the question of liability only.

Order affirmed, with costs.

We agree with Special Term's determination that questions of fact exist concerning the defendants' negligence and the degrees of comparative negligence, if any, between the parties *(cf. Rios v Nicoletta,* 119 AD2d 562). Mollen, P. J., Thompson, Rubin and Lawrence, JJ., concur.